United States District Court
Southern District of Texas
**ENTERED**
April 29, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **CHELSIE POLZINE,** | § |
| | § |
| vs. | § |
| | § CIVIL ACTION NO. 18-cv-3198 |
| **MARRIOTT HOTEL SERVICES, INC.;** | § |
| **MASON GONZALES; BARRY ESENE;** | § |
| **and KEVIN ELLIS** | § |

## ORDER OF THE COURT

ON THIS DAY came on to be considered Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint and the Court, having considered said Motion, is of the opinion that Plaintiff's Motion should in all respects be *GRANTED*.

IT IS THEREFORE ORDERED that Plaintiff be permitted leave to file Plaintiff's First Amended Complaint. To this end, the Clerk of the Court is hereby directed to file "Exhibit 1" ("Plaintiff's First Amended Complaint") of record in this cause.

SIGNED & ENTERED this 26th day of April, 2019.

United States District Court